IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG-D CONSTRUCTION CORP., ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LEPRINO FOODS COMPANY, ) <br> et al., ) <br> ) <br> ) <br> Defendant. ) <br> _____) | No. CV-F-05-435 REC <br><br> ORDER CONTINUING ORAL ARGUMENT RE LEPRINO FOODS COMPANY'S MOTION TO TRANSFER VENUE FROM MAY 23, 2005 TO MONDAY, JUNE 6, 2005 AT 1:30 P.M. |

    Oral argument regarding Leprino Foods Company's motion to transfer venue is continued from May 23, 2005 to Monday, June 6, 2005 at 1:30 p.m.

    IT IS SO ORDERED.

**Dated: May 17, 2005**                       **/s/ Robert E. Coyle**
668554                                           UNITED STATES DISTRICT JUDGE

1