1  Patrick T. Markham, Esq. - Bar No. 114542
   **JACOBSON MARKHAM, L.L.P.**
2  8880 Cal Center Drive, Suite 100
   Sacramento, California 95826
3  Telephone: (916) 854-5969
   Facsimile: (916) 854-5965
4

5  Attorneys for Defendant,
   LEPRINO FOODS COMPANY
6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9                              **(FRESNO DIVISION)**

10

11 BIG-D CONSTRUCTION CORP.-            )   CASE NO. CV 05-00435 REC/LJO
   CALIFORNIA, a Utah corporation,      )
                                        )   **STIPULATION TO RESCHEDULE**
12          Plaintiff,                  )   **HEARING ON DEFENDANT'S**
                                        )   **MOTION TO DISMISS AND**
13 v.                                   )   **PLAINTIFF'S MOTION TO REMAND**
                                        )
14 RSCO, INC., dba RISING SUN COMPANY,  )
   a California corporation; ACCREDITED )   Date: June 6, 2005
15 SURETY AND CASUALTY COMPANY,         )   Time: 1:30 p.m.
   INC., a Florida corporation; LEPRINO )   Judge: Hon. Robert E. Coyle
16 FOODS COMPANY, a Colorado corporation; )
   and DOES 1 through 100, inclusive,   )
17                                      )
            Defendants.                 )
18                                      )
                                        )
19

20

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---
1

**STIPULATION TO RESCHEDULE HEARING ON DEFENDANT'S MOTION TO DISMISS
AND PLAINTIFF'S MOTION TO REMAND**

Jacobson Markham LLP
Sacramento, California

1  The parties hereby stipulate that the hearing on Defendant Leprino Foods Company's Motion to
2  Dismiss the Complaint for Improper Venue and Defendant Big-D Construction Corp.- California's
3  Motion to Remand set for June 6, 2005 at 1:30 p.m. before the Hon. Robert E. Coyle, are rescheduled
4  to July 11, 2005 at the same time and courtroom.

6  DATED: May 31, 2005                                **KERR & WAGSTAFFE L.L.P.**

8                                                    By  /s/ James Wagstaffe
                                                     JAMES WAGSTAFFE, ESQ.
9                                                    Attorneys for Big-D Construction Corp- CA

12 DATED: May 31, 2005                               **JACOBSON MARKHAM L.L.P.**

14                                                   By  /s/ Patrick T. Markham
                                                     PATRICK T. MARKHAM, ESQ.
15                                                   Attorneys for Leprino Foods Company

17 IT IS SO ORDERED:

19 DATED:    June 2, 2005                            __/s/ ROBERT E. COYLE
20                                                      HON. ROBERT E. COYLE

---

2

**STIPULATION TO RESCHEDULE HEARING ON DEFENDANT'S MOTION TO DISMISS
AND PLAINTIFF'S MOTION TO REMAND**